**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| COUNTRY INNS & SUITES BY CARLSON, INC., a Minnesota corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KEYSTONE PROPERTIES III, LLC, a Nebraska limited liability corporation, LARRY RICHLING, a Nebraska resident, and ROBERT F. GREEN, a Nebraska resident,<br><br>　　　　　　　Defendants. | Civil No. 08-2708 (RHK/JJG)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　This matter came before the Honorable Richard H. Kyle, United States District Judge, upon the Stipulation of Dismissal executed by all counsel and filed as ECF Docket No. 17.

　　　Based on all the files and records before me:

　　　IT IS HEREBY ORDERED that the above-captioned action, together with all claims and causes of action of any kind which were or which could have been asserted herein, are dismissed in their entirety, with prejudice, and on the merits as to all named defendants, without an award of costs or fees to any of the parties.

　　　LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February 6, 2009

　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　United States District Judge